9TH STATE DISTRICT COURT - CONWAY
JAMIE HAMERLINCK, CLERK
810 PARKWAY
CONWAY, AR 72034
Phone: (501)450-6112

**Complaint & Trial Schedule Notice**



Case# CWSC-23-82
JACKSON ROE VS. JAMES FRENCH HILL

JACKSON ROE - PLAINTIFF(S)

Vs.

JAMES FRENCH HILL - DEFENDANT(S)

JAMES FRENCH HILL
1501 N. UNIVERSITY AVE
SUITE 630
LITTLE ROCK, AR 72207

# IN THE 9TH STATE DISTRICT COURT - CONWAY, ARKANSAS

JACKSON ROE                                           PLAINTIFF(s)

**CASE: CWSC-23-82**

JAMES FRENCH HILL                                     DEFENDANT(s)

## COMPLAINT

Nature of Claim:   SC-CONTRACT
Amount of Relief Claimed: $4,500.00
Date Claim Arose: June 17, 2020
See the attached **PLAINTIFF'S STATEMENT OF CLAIM FOR SMALL CLAIMS** complaint form for the factual basis of the claim.

_____
(Signature of Plaintiff)


The case referenced above has been set for trial on **Wednesday, January 24, 2024 at 01:30:00 PM** in the 9TH STATE DISTRICT COURT - CONWAY COURTROOM.


**NOTICE TO DEFENDANT JAMES FRENCH HILL:**
You are hereby warned to file a written answer with the clerk of the court within THIRTY (30) days after the date that you receive this complaint (or SIXTY days if you are being held in a correctional facility in this state) and to send a copy to the Plaintiff. If you do not file an answer within THIRTY (or SIXTY as stated above) days, a default judgment may be entered against you.

DISTRICT COURT OF FAULKNER COUNTY

CWSC-23-82 Div 2

## FAULKNER COUNT DISTRICT COURT
## SMALL CLAIMS COMPLAINT

| Plaintiff #1 Information | | Plaintiff #2 Information | |
|---|---|---|---|
| First Name | Jackson | First Name | |
| Last Name | Roe | Last Name | |
| Company (If less than 3 Stockholders) | | Company (If less than 3 Stockholders) | |
| Address | 3260 Turtle Hill Cove | Address | |
| City, State, Zip | Conway AR 72034 | City, State, Zip | |
| Home Phone | 501-733-3079 | Home Phone | |
| Work Phone | 501-733-3080 | Work Phone | |

| Defendant #1 Information | | Defendant #2 Information | |
|---|---|---|---|
| First Name | James French | First Name | |
| Last Name | Hill | Last Name | |
| Company (If less than 3 Stockholders) | | Company (If less than 3 Stockholders) | |
| Address | 1501 N. University Ave. Suite 630 | Address | |
| City, State, Zip | Little Rock, AR 72207 | City, State, Zip | |
| Home Phone | | Home Phone | |
| Work Phone | 501-324-5141 | Work Phone | |

### Information about your claim

| Nature of Claim | Contract | Damage to Personal Property | Recovery of Personal Property | Foreign Judgment |
|---|---|---|---|---|
| Amount of Relief Claimed | Dollar Amount: $ 4,500 | Date Claim Arose | | 6 / 17 / 20 |
| Type of Service | Sheriff Service $50 | Private Process Service | Certified Mail/Restricted Delivery Service | |

### Facts Showing Why Claim is Owed

I am unable to send money to friends due to international sanctions the defendant helped to put in place. I can prove in court that these sanctions violate Geneva Convention Article 33 on Collective Punishment. The defendant would usually have immunity, however as this sanctions package potentially violates international law, immunity may not be granted.

Signature of Plaintiff  Jackson Roe                    Date 10 / 3 / 23

# AFFIDAVIT OF ACCOUNT

State of Arkansas
County of __Faulkner__

Before the undersigned notary public in and for the above state and county, this day personally appeared __Jackson England Roe__, who being duly sworn says that:
(Affiant – Name of Person Signing this Affidavit)

1. The affiant has personal knowledge of the facts stated herein, and they are true and correct.
2. The affiant is competent to testify to these facts.
3. The affiant, in the performance of his/her duties, has supervision of and is familiar with the books of accounts relating to this matter.
4. The creditor's full name is __Jackson Roe__, and it operates as
   (Name of Creditor)
   __Sole Proprietor__
   (Sole Proprietor, Partnership or Corporation)   (State Incorporated)
5. The debtor(s) named, __Jamil Ptrack Hill__ owes a past due
   (Complete Name of Debtor)
   amount of $ __4,500__ to the creditor, with interest or finance
   (Amount Due on Account)
   charges as they continue to accrue.
6. There are no lawful offsets thereto to the knowledge or belief of affiant.

By: __Jackson Roe__
(Signature of Affiant and Title)
__Jackson Roe__
(Print or Type Name and Title)

Subscribed and Sworn to Before Me This Date: __October 3, 2023__

__May 6, 2025__
Notary Expiration Date

__[signature]__
Notary Public



THARA HONGHIRAN
MY COMMISSION # 12404095
EXPIRES: May 6, 2025
Pope County