IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JACKSON ROE**                                                                                      **PLAINTIFF**

**v.**                                          **Case No. 4:23-cv-01056-LPR**

**JAMES FRENCH HILL**                                                                   **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 9th day of July 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE